UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In Re. Matthew R. Wrubel

          Chapter 13
          Case No. 18-57165-pjs
   Debtor.       Hon. Phillip J. Shefferly
_____/

## CERTIFICATE OF NO RESPONSE

  NOW COMES Robert W. Bishop, attorney for debtors herein, and affirms that he has received no response, relative to the First Application for Compensation for Services Rendered Pre-Confirmation filed with this Court on October 29, 2019 (Pacer Docket # 48), nor has the undersigned received any notice from this Court of any objections thereto.

         /s/ Robert W. Bishop_____
         ROBERT W. BISHOP (P66345)
         Attorney for Debtor
         24405 Gratiot Avenue
         Eastpointe, MI 48021
         586.775.0600
         bermanbishop@gmail.com

Dated: November 25, 2019